IN THE UNITED STATES DISTRICT COURT
FOR THE ~~MIDDLE~~ WESTERN DISTRICT OF PENNSYLVANIA

15BF
MW
Cat #4
No Fee/No IFP

__GT4025__
(Inmate Number)

__JAMIL SHARIF GRAY__
(Name of Plaintiff) SCI-Pittsburgh

__P.O Box 99991__
(Address of Plaintiff)

__Pittsburgh, PA 15233__

vs.

__MICHAEL SALDUTTE__

(Names of Defendants)

__2009 06652__
(Case Number)

**09.0974**

COMPLAINT

**RECEIVED**

JUL 2 7 2009

CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

TO BE FILED UNDER: ____ 42 U.S.C. § 1983 - STATE OFFICIALS
✓ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. Previous Lawsuits

   A. If you have filed any other lawsuits in federal court while a prisoner please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

_[crossed out]_

II. Exhaustion of Administrative Remedies

   A. Is there a grievance procedure available at your institution?
      ____Yes ✓No

   B. Have you filed a grievance concerning the facts relating to this complaint?
      ____Yes ____No

      If your answer is no, explain why not _____

   C. Is the grievance process completed? ____Yes ____No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item B for the names, positions and places of employment of any additional defendants.)

A. Defendant __MICHAEL SALDUTTE__ is employed as __PITSBURGH POLICE__ at __CITY OF PITSBURGH (ZONE 5)__

B. Additional defendants ~~_____~~

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

1. I WAS ASSULTED BY AN OFFICER OF THE PITTSBURGH POLICE WHICH RESULTED IN SEVERE INJURIES DURING AN ARREST (MICHAEL SALDUTTE) ON 2-18-09. THE OFFICER STATED IN HIS SWORN REPORT HE STRUCK

2. ME ONE TIME WITH AN OPEN HAND WHICH WAS INCONSISTED WITH REPORTED INJURIES. THE INCIDENT BEGAN IN THE CITY (ROSEDALE AT SUSQUEHANNA ST.) ON OR ABOUT 1:17AM ENDING IN WILKINSBURGH

3.

2

V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I WOULD LIKE MY MEDICAL BILL COVERED. I WOULD LIKE TO BE COMPENSATED FOR MY PAIN & SUFFERING

2.

3.

Signed this JULY day of 23RD, 2009.

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

7-23-09
(Date)

_____
(Signature of Plaintiff)